**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

1-10-47561

-----------------------------------------------X                    Chapter 13

IN RE:  **Wilfred Pascasio**
**Christine Watler**                                                Case No.:

**Debtor(s)**                                                       **CHAPTER 13 PLAN**
-----------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of __60__ months, the sum of:
   $ __1,250.00__ commencing __August 2010__ through and including __June 2011__ for a period of __11__ months;
   $ __1,665.00__ commencing __July 2011__ through and including __July 2015__ for a period of __49__ months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

_____ (mortgage holder) to be paid pre-petition arrears in the sum of $___ plus __% interest over the life of the plan.

   (c) Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than __25__ %(percent).**

3. All lease agreements are hereby assumed, unless specifically rejected as follows:
   Other Party                                    Description of Contract or Lease
   **-NONE-**

4. During the pendency of this case, the debtor(s) will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.


**/s/ Wilfred Pascasio**                          **/s/ Christine Watler**
**Wilfred Pascasio**                              **Christine Watler**
Debtor                                            Joint Debtor

Dated: **August 10, 2010**                        **/s/ David S. Hamilton**
                                                  **David S. Hamilton 4529962**
                                                  Attorney for Debtor