# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: dusher | Date Created: 8/11/2010 |
| Case: 1−10−47561−cec | Form ID: pdf008 | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
6834895     Florida Power and light

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPRegion02.BR.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Wilfred Pascasio       8 Cambridge Place       Brooklyn, NY 11238
jdb         Christine Watler       8 Cambridge Place       Brooklyn, NY 11238
tr          Michael J. Macco       135 Pinelawn Road       Suite 120 South       Melville, NY 11747
aty         David S Hamilton       Dwyer &Associates       11 Broadway       Suite 615       New York, NY 10004
smg         United States Trustee       Office of the United States Trustee       271 Cadman Plaza East       Brooklyn, NY 11201
6834888     American Express       PO Box 360001       Fort Lauderdale, FL 33336−0001
6834889     American Honda Finance       PO Box 105027       Atlanta, GA 30348−5027
6834890     Americas Services Co       7495 New Horizon Way       Frederick, MD 21703−8388
6834891     Anfi       404 Brock Drive       PO Box 3427       Bloomington, IL 61702−3427
6834892     Chase       PO Box 78035       Phoenix, AZ 85062−8035
6834893     Con Edison       Cooper Station       PO Box 138       New York, NY 10276−0138
6834894     Countrywide       400 Countrywide Way       Simi Valley       Simi Valley, CA 93065−6298
6834896     NYC Water Board       PO Box 410       Church St Station       New York, NY 10008
6834897     Regions Bank       6001 26th St. W       Bradenton, FL 34207
6834898     SCES       PO Box 30027       Tampa, FL 33630−3027
6834899     Universal       PO Box 730451       Dallas, TX 75373
6834900     Wachovia       PO Box 105693       Atlanta, GA 30348−5693
6834901     Wachovia Bank, N.A.       PO Box 50014 VA7372       Roanoke, VA 24040−0014
6834902     Yellow Book Sales       c/o Foyle, Schuler, Solom       PO Box 800       Tampa, FL 33601

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 19