UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                          Case No. 10-47561-CEC

        Wilfred Pascasio and
        Christine Watler,                                       Chapter 13

                        Debtors.

-------------------------------------------------------------x

## ORDER

        WHEREAS, on August 10, 2010, Wilfred Pascasio and Christine Watler (the "Debtors") filed a Request to enter into the Loss Mitigation Program with respect to property located at 8 Cambridge Place, Brooklyn, NY 11238 and 819 Golden Pond Ct. Osprey, FL (the "Loss Mitigation Request"); and

        WHEREAS, the Loss Mitigation Request seeks to enter into the Loss Mitigation Program for more than one property and with more than one mortgagee; and

        WHEREAS, each request to enter into the Loss Mitigation Program may only include one mortgagee and one property; and

        WHEREAS, the Loss Mitigation Request lists the mortgagees' addresses as post office boxes; and

        WHEREAS, the affidavit of service for the Loss Mitigation Request does not state the addresses where the Loss Mitigation Request was mailed; and

        WHEREAS, service of a Loss Mitigation Request on a mortgagee at a post office box is insufficient;

        NOW, THEREFORE, it is

ORDERED, that the Debtors may submit separate requests to enter into the Loss Mitigation Program with respect to each property and each mortgagee; and it is further

ORDERED, that the Debtors shall serve the mortgagees with a request to enter into the Loss Mitigation Program in accordance with Rules 7004 and 9014 of the Federal Rules of Bankruptcy Procedure, and file proof thereof.



**Dated: Brooklyn, New York**
**August 16, 2010**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**