DWYER & ASSOCIATES LLC
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4757
Email: dhamilton@dwyerlawnyc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In Re:

**WILFRED PASCASIO** and
**CHRISTINE WATLER**

Debtor

---------------------------------------------------------x

Case No. 10-47561

In Proceeding for
Chapter 13

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2010 I caused the following documents to be served upon all parties as listed below:

- **LOSS MITIGATION REQUEST – BY DEBTOR FOR** 8 Cambridge Place, Brooklyn, 11238 NY
- **PROPOSED ORDER OF LOSS MITIGATION**

I further certify that on August 18, 2010, I caused a true, complete and correct copy of the Proceeding to be served via first class mail, postage prepaid and / or electronic mail, upon the parties listed below.

**Creditor**: Chase
**Creditors Address**: PO Box 78035, Phoenix, AZ 85062-8035

Dated: 18 August, 2010

/s/David S. Hamilton
**DWYER & ASSOCIATES L.L.C.**

David S. Hamilton
11 Broadway Suite 615 New York, NY, 10004
Tel: 212.203.4965 | Fax: 347.332.1737
Email: dhamilton@dwyerlawnyc.com

Counsel for the Debtors