UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                                    Case No. 10-47561-CEC

       Wilfred Pascasio and
       Christine Watler,                                          Chapter 13

                       Debtors.

-------------------------------------------------------------x


## ORDER


       WHEREAS, on August 10, 2010, Wilfred Pascasio and Christine Watler (the "Debtors") filed a Request to enter into the Loss Mitigation Program with respect to property located at 8 Cambridge Place, Brooklyn, NY 11238 and 819 Golden Pond Ct. Osprey, FL (the "Loss Mitigation Request"); and

       WHEREAS, the Loss Mitigation Request seeks to enter into the Loss Mitigation Program for more than one property and with more than one mortgagee; and

       WHEREAS, each request to enter into the Loss Mitigation Program may only include one mortgagee and one property; and

       WHEREAS, the Loss Mitigation Request lists the mortgagees' addresses as post office boxes; and

       WHEREAS, the affidavit of service for the Loss Mitigation Request does not state the addresses where the Loss Mitigation Request was mailed; and

       WHEREAS, service of a Loss Mitigation Request on a mortgagee at a post office box is insufficient;

       NOW, THEREFORE, it is

ORDERED, that the Debtors may submit separate requests to enter into the Loss Mitigation Program with respect to each property and each mortgagee; and it is further

ORDERED, that the Debtors shall serve the mortgagees with a request to enter into the Loss Mitigation Program in accordance with Rules 7004 and 9014 of the Federal Rules of Bankruptcy Procedure, and file proof thereof.



**Dated: Brooklyn, New York**
**August 16, 2010**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**

# CERTIFICATE OF NOTICE

```
District/off: 0207-1           User: dusher              Page 1 of 1                   Date Rcvd: Aug 17, 2010
Case: 10-47561                 Form ID: pdf000           Total Noticed: 5

The following entities were noticed by first class mail on Aug 19, 2010.
db/jdb        +Wilfred Pascasio,   Christine Watler,   8 Cambridge Place,   Brooklyn, NY 11238-1908
aty           +David S Hamilton,   Dwyer & Associates,   11 Broadway,   Suite 615,   New York, NY 10004-1490
tr            +Michael J. Macco,   135 Pinelawn Road,   Suite 120 South,   Melville, NY 11747-3153
6834892        Chase,   PO Box 78035,   Phoenix, AZ 85062-8035
6834900        Wachovia,   PO Box 105693,   Atlanta, GA 30348-5693

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2010**              **Signature:** _Joseph Speetjens_