# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Partner
Relin, Goldstein & Crane, LLP
1800 First Federal Plaza
Rochester, New York 14614
585-232-7400   Fax 585-325-6201

October 11, 2010

United States Bankruptcy Court
Hon. Elizabeth S. Stong
271 Cadman Plaza East
Brooklyn, NY 11201

Re: Waccovia vs. Wilfred Pascasio
Case No. 10-47561 ESS

Dear Hon. Stong:

    This letter is written to advise we are withdrawing our firm from handling the Loss Mitigation on behalf of Wachovia.  If you have any questions, please contact the undersigned.

        Very respectfully,
        FEIN, SUCH & CRANE, LLP

        /s/: Reagan Weinhart
        Reagan Weinhart
        Bankruptcy Supervisor

CC David S. Hamilton
    Marianne DeRosa