# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Partner
Relin, Goldstein & Crane, LLP
1800 First Federal Plaza
Rochester, New York 14614
585-232-7400   Fax 585-325-6201

October 29, 2010

United States Bankruptcy Court
Hon. Elizabeth S. Stong
271 Cadman Plaza East
Brooklyn, NY 11201

Re: Chase vs. Wilfred Pascasio and Christine Walter
Case No.10-47561 ESS

Dear Hon. Stong:
     This letter is written to request that the Loss Mitigation status conference with a return date of November 4, 2010 be adjourned to November 23, 2010 at 10:00am.  This is on consent of all parties.  Many thanks in advance for your consideration.
     If you have any questions, please contact the undersigned.

                         Very respectfully,
                         FEIN, SUCH & CRANE, LLP


                         /s/  Reagan Weinhart
                         Bankruptcy Supervisor

CC David S. Hamilton
     Marianne DeRosa