

| Mailing Address | | Phone Number |
|---|---|---|
| P.O. Box 1291 | | 716-204-2400 |
| Buffalo, NY 14240-1291 | | |
| | | Fax Number |
| OvernightMail | **STEVEN J. BAUM, P.C.** | 716-204-4600 |
| 220 Northpointe Parkway | ATTORNEYS AT LAW | Not for Service |
| Suite G | | Web Site |
| Amherst, NY 14228 | | WWW.MBAUM.COM |

October 29, 2010

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:     Wilfred Pascasio, Christine Watler
        Case No.     10-47561
        Loan # …288: Wells Fargo Bank, NA successor by merger to Wachovia Mortgage, FSB.

Dear Hon. Elizabeth S. Stong:

    Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank, NA successor by merger to Wachovia Mortgage, FSB. (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures. The Secured Creditor requested financial information from the debtor and awaiting the same. This law firm has been substituted as counsel for Wells Fargo Bank, NA successor by merger to Wachovia Mortgage, FSB in place of Fein, Such & Crane.  A Substitution of Counsel Form will be filed in this Court shortly.

    If there are any questions, please feel free to contact me directly at 716-932-6363.

                    Very truly yours,

                    STEVEN J. BAUM, P.C.

                    *[signature: Anne M. Hulbert]*

                    By:    Anne M. Hulbert, Esq.

The law firm of Steven J. Baum, P.C. and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.  However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.