UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

WILFRED PASCASIO
CHRISTINE WATLER

                    Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 10-47561-ess
(Chapter 13)

Assigned to:
Hon. ELIZABETH S. STONG
Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of WELLS FARGO BANK, NA in the within proceeding.

      Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    November 1, 2010
              Buffalo, New York

                                        Yours, etc.
                                        STEVEN J. BAUM, P.C.
                                        Attorneys for WELLS FARGO BANK, NA

By: _____
     Anne M. Hulbert, Esq.
     Office and Post Address:
     220 Northpointe Parkway, Suite G
     Amherst, NY 14228
     Telephone 716-204-2400

TO:

CLERK, UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East
Brooklyn, NY 11201

DAVID S HAMILTON, ESQ.    Attorney for Debtor
Dwyer & Associates
11 Broadway, Suite 615
New York, NY10004

MARIANNE DEROSA, ESQ.    Chapter 13 Trustee
100 Jericho Quadrangle
Suite 208
Jericho, NY 11753