# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Partner
Relin, Goldstein & Crane, LLP
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400   Fax 585-325-6201

November 18, 2010

Hon. Carla E. Craig
United States Bankruptcy Court
Bankruptcy Courthouse
271 Cadman Plaza East
Brooklyn, NY 11201

Re:  Chase vs. Pascacio
     Case # 10-47561

Dear Hon. Craig:

In regards to the debtors' request for Loss Mitigation and the order granted on September 3, 2010, please accept this letter as status on that request.

Per our previous status filed on or about October 28, 2010, Chase was waiting for the title search to be obtained and reviewed in order to proceed on the loss mitigation. Upon receipt and review of the title search it was determined that the mortgage had not been recorded.

Due to the title issue found my office advised debtors' counsel of the issue and sought to obtain approval to file a Motion for Relief of the Automatic Stay for the purpose of filing the mortgage. The debtors' attorney denied our request. It is her position that the modification agreement could resolve the title issue without lifting the stay and that Chase can record the new agreement.

It seems that we are at a stand still at this time as we are not able to agree on how to proceed to resolve the title issue and proceed with any loss mitigation options. While I believe we are all seeking to settle this issue as timely and amicably as possible, we are seeking direction form the Court.

|  |  |
|---|---|
|  | Very truly yours |
| Filed ECF | FEIN, SUCH & CRANE, LLP |
| Cc: Tanya Dwyer, Esq. |  |
|  | /s/: Mark K. Broyles |
|  | Mark K. Broyles |