UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

WILFRED PASCASIO and
CHRISTINE WATLER

Debtors.

CASE NO: 10-47561 ESS

SUBSTITUTION OF
ATTORNEY

Chapter 13

The undersigned hereby agrees that Steven J. Baum, PC be substituted as attorney(s) of record in place of Fein, Such & Crane LLP and that this Substitution may be filed by either party with the appropriate Court Clerk.

Dated: October , 2010

FEIN, SUCH & CRANE, LLP
28 East Main Street, Suite 1800
Rochester, New York 14614

WELLS FARGO BANK, NA

By: _____
Name: Teressa J. Williams
Title: Assistant Secretary

STATE OF South Carolina
COUNTY OF York ss.:

On the 29 day of October, 2010, before me, the undersigned, personally appeared Teressa Williams, known to me, who being by me duly sworn, did depose and say that he/she resides in Rock Hill, SC; that he/she is the Assistant Secretary of Wells Fargo Bank, NA, the corporation described in and which executed the above instrument; and that he/she signed his/her name thereto by authority of the board of directors of said corporation.

_____
Notary Public

Dated: Brooklyn, New York

It is so ordered.

December 13, 2010

s/ ELIZABETH S. STONG

Elizabeth S. Stong
United States Bankruptcy Judge

CHRISTINA TRAYNOR
Notary Public, South Carolina
My Commission Expires
April 17, 2017