# FEIN, SUCH & CRANE, LLP
# Attorneys At Law

Northern New York Partner
Relin, Goldstein & Crane, LLP
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400   Fax 585-325-6201

December 21, 2010

Hon. Carla E. Craig
United States Bankruptcy Court
Bankruptcy Courthouse
271 Cadman Plaza East
Brooklyn, NY 11201

Re:  Chase vs. Pascacio
     Case # 10-47561

Dear Hon. Craig:

In regards to the debtors' request for Loss Mitigation and the order granted on September 3, 2010, please accept this letter as status on that request.

Per our previous status filed on or about November 18, 2010, we find that we are at a standstill as we were not able to agree on how to proceed to resolve the title issue and proceed with any loss mitigation options.  While I believe we are all seeking to settle this issue as timely and amicably as possible, we are seeking direction form the Court.

|  |  |
|---|---|
|  | Very truly yours |
| Filed ECF | FEIN, SUCH & CRANE, LLP |
| Cc: Tanya Dwyer, Esq. |  |
|  | /s/: Mark K. Broyles |
|  | Mark K. Broyles |