Lori Lapin Jones Esq.
Lori Lapin Jones PLLC
98 Cutter Mill Road, Suite 201 North
Great Neck, New York 11021
Telephone: (516) 466-4110

UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

        Case No. 10-47561 (ess)

WILFRED PASCASIO and
CHRISTINE WATLER         Chapter 13

        Debtors.
----------------------------------------------------------X

## Report of Mediator

1. By Stipulation and Mediation Order dated February 16, 2011, the Debtors and Chase Bank, N.A. agreed to mediate their disputes and the undersigned was selected as mediator.

2. The parties provided the mediator written submissions. The mediator conducted an in person mediation session on March 22, 2011 and thereafter mediated through telephone and email communications.

3. The parties reached an agreement and have represented that a Stipulation will be submitted to the Court. The Debtors will also seek to confirm a plan.

Dated: Great Neck, NewYork
      April 7, 2011

        /s/ Lori Lapin Jones
        Lori Lapin Jones

        98 Cutter Mill Road
        Suite 201 North
        Great Neck, New York 11021
        Telephone: (516) 466-4110